UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>E. VALENZUELA,<br><br>　　　　　　Respondent. | No. 2:15-cv-2081 GEB CKD P<br><br><br>ORDER |

　　　Before the court for screening is petitioner's second amended petition seeking relief pursuant to 28 U.S.C. § 2254.  (ECF No. 12.)  Petitioner was directed to include only exhausted claims in his second amended petition.  (ECF Nos. 10 & 13.)

　　　As petitioner has not used the court's form for an application for writ of habeas corpus, it is not clear which of his current claims have been exhausted in the state courts.  The court will not order service of a petition on respondent unless it is reasonably certain that all claims therein have been exhausted.[1]

　　　Moreover, Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested.  Notice pleading is not sufficient; rather, the petition must state facts that point to a real

---

[1] The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus.  28 U.S.C. § 2254(b)(1).

1

possibility of constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see Blackledge v. Allison, 431 U.S. 63, 75 n. 7 (1977).  Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal.  Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990).  Here, the petition does not meet the pleading requirements of Rule 2(c).

For these reasons, the court will summarily dismiss the second amended petition. Petitioner will be granted thirty days to file a third amended petition that complies with Rule 2(c) and all other applicable rules.

Therefore, IT IS HEREBY ORDERED that:

1. The Second Amended Petition (ECF No. 12) is dismissed with leave to amend within thirty days from the date of this order;[2]

2. Any amended petition must bear the case number assigned to this action and the title "Third Amended Petition";

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus; and

4. Failure to timely file a Third Amended Petition will result in a recommendation that this case be closed.

Dated:  March 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / fran2081.114

---

[2] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.