UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN, | No. 2:15-cv-2081 GEB CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| E. VALENZUELA, | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2011 conviction in the San Joaquin Superior Court for second degree robbery and personal use of a firearm, for which he was sentenced to a prison term of 19 years. (ECF No. 22.) Before the court for screening is the Third Amended Petition. (Id.)

    The original petition in this action was "mixed," containing both exhausted and unexhausted claims. (See ECF No. 6.) It was dismissed with leave to amend, and petitioner was advised of different options, including filing an amended petition containing only exhausted claims and a motion to stay pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). (Id.)

    The First Amended Petition also contained unexhausted claims. (See ECF No. 10.) Petitioner did not meet the criteria for a stay pursuant to Rhines v. Weber, 544 U.S. 269 (2005), and the undersigned recommended that he "be directed file a second amended petition containing

1

1 | only exhausted claims."  (Id.; see ECF No. 13.)

2 | Before those findings and recommendations were adopted, petitioner filed a Second Amended Petition.  (ECF No. 12.)  This petition was summarily dismissed with leave to amend because "it is not clear which of [the] claims have been exhausted in the state courts" and because the petition did not meet the Habeas Rule 2(c) pleading requirements.  (ECF No. 14.)

In the Third Amended Petition now before the court, petitioner asserts fourteen grounds for relief.  (ECF No. 22.)  On the portion of the court's form concerning exhaustion of remedies, petitioner indicates that two claims concerning newly-discovered evidence "were not previously presented in any other court, state or federal[.]"  (Id. at 7.)  Thus it appears that, once again, petitioner has submitted a mixed petition.

Concurrent with the Third Amended Petition, petitioner has filed a motion to stay this action pursuant to Kelly, 315 F.3d 1063.  (ECF No. 20.)  However, as explained in an earlier order, a Kelly stay only applies to a fully-exhausted petition.  (ECF No. 6.)

Moreover, the Third Amended Petition does not cure the defects of the Second Amended Petition in that it does not "state facts that point to a real possibility of constitutional error."  (See ECF No. 14, citing Habeas Rules 2(c) & 4.)

For the foregoing reasons and because further leave to amend appears futile, the undersigned will recommend that the Third Amended Petition be dismissed without prejudice.

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  Petitioner's motion to stay (ECF No. 20) be denied; and

2.  The Third Amended Petition be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this

////

case. <u>See</u> Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: May 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /fran2081.kelly