UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. VALENZUELA,<br><br>　　　　　Defendants. | No. 2:15-cv-2081 GEB CKD P<br><br><br><br>ORDER |

On June 30, 2016, plaintiff filed a fourth amended complaint, a motion to proceed in forma pauperis, and a request for evidentiary hearing. This civil rights action was closed on June 16, 2016. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: July 7, 2016

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

fran2081.58

1